# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *
SCIENCE AND ENGINEERING           *
SERVICES, LLC,                    *
                                  *
            Plaintiff,            *
                                  *   No. 17-595C
        v.                        *   Filed: August 7, 2020
                                  *
UNITED STATES,                    *
                                  *
            Defendant.            *
                                  *
* * * * * * * * * * * * * * * * * *
```

**O R D E R**

      The court is in receipt of the parties' August 7, 2020 joint stipulation of dismissal with prejudice with each party to bear its own fees and costs. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED,** with prejudice, and with each party to bear its own costs, expenses, and attorneys' fees.

      **IT IS SO ORDERED**.

      s/Marian Blank Horn
      **MARIAN BLANK HORN**
            **Judge**